UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Paris Shoots, Jonathan Bell, Maxwell Turner, Tammy Hope, Phillipp Ostrovsky, Brenda Brandt, Anissa Sanders, Najai McCutcheon, and Leticia Rodriguez, on behalf of themselves, the Proposed Rule 23 Classes, and others similarly situated, | Court File No.: 0:15-cv-00563-SRN-SER<br><br>**JOINT STATEMENT REGARDING CONTINUED SEALING OF ORDER [ECF 430]** |
| Plaintiffs, | |
| v. | |
| iQor Holdings US Inc., | |
| Defendant. | |

On March 27, 2018, the Court issued its Order on Defendant's Motion for Decertification of the Conditionally Certified Class and Plaintiff's Motion for Class Certification (ECF No. 430). The Order was filed under seal, and the Court ordered the parties to show cause as to why the Order should remain under seal.

Pursuant to the Court's Order, the parties conferred and do not seek any portion of the Order to remain under seal. Accordingly, the parties agree that the Order (ECF No. 430) can be <u>unsealed</u>.

Dated: April 9, 2018          **NICHOLS KASTER, PLLP**

*s/Robert L. Schug*
Rachhana T. Srey, MN Bar No. 340133
Robert L. Schug, MN Bar No. 0387013
4600 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Phone: (612) 256-3200
Fax: (612) 338-4878
srey@nka.com
schug@nka.com

**TESKE, KATZ, KITZER & ROCHEL, PLLP**
Vildan Teske, MN Bar No. 241404
222 South Ninth Street, Suite 4050
Minneapolis, MN 55402
Phone: (612) 746-1558
Fax: (651) 846-5339
teske@teskemicko.com

*Attorneys for Plaintiffs, the Proposed Rule 23 Classes, and the Similarly Situated*

Dated: April 9, 2018          **JACKSON LEWIS P.C.**

*s/Elizabeth S. Gerling*
Gina K. Janeiro (#0345337)
Brian T. Benkstein (#0325545)
Elizabeth S. Gerling (#0395372)
150 South Fifth Street
Suite 3500
Minneapolis, MN 55402
Telephone: (612) 341-8131
Fax: (612) 341-0609
JaneiroG@jacksonlewis.com
Brian.Benkstein@jacksonlewis.com
Elizabeth.Gerling@jacksonlewis.com

**JACKSON LEWIS P.C.**
Charles M. Elmer
10701 Parkridge Boulevard
Suite 300
Reston, VA 20191
Telephone: (703) 483-8305
Fax: (703) 483-8301
Charles.Elmer@jacksonlewis.com

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Shon Morgan
Viola Trebicka
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Fax: (213) 443-3100
shonmorgan@quinnemanuel.com
violatrebicka@quinnemanuel.com

*Attorneys for Defendant*