# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Paris Shoots, Jonathan Bell, Maxwell Turner, Tammy Hope, Phillipp Ostrovsky, Brenda Brandt, Anissa Sanders, Najai McCutcheon, and Leticia Rodriguez, on behalf of themselves, the Proposed Rule 23 Classes, and others similarly situated,<br><br>              Plaintiffs,<br><br>v.<br><br>iQor Holdings US Inc.,<br><br>              Defendant. | Court File No. 0:15-cv-00563-SRN-SER<br><br>**NOTICE OF SETTLEMENT** |

_____

The parties are pleased to report that they have reached a memorandum of understanding to resolve the above-captioned matter. Accordingly, the parties respectfully request that all pending case deadlines be vacated. The parties will finalize their settlement agreement and file a joint motion for preliminary approval of the settlement within 60 days.

The parties agree that the statute of limitations of the FLSA collective and putative Rule 23 class members are tolled until final settlement approval is granted.

Any agreed-upon stay to facilitate Court consideration of a proposed settlement will not be used in any later litigation by either party to suggest any tolling doctrines do or do not apply generally to the claims.

A proposed order will be email separately to Chambers.

Respectfully Submitted,

Dated: July 9, 2018   **NICHOLS KASTER, PLLP**

s/Rachhana T. Srey
Rachhana T. Srey, MN Bar No. 340133
Robert L. Schug, MN Bar No. 0387013
Carl F. Engstrom, MN Bar No. 396298
4600 IDS Center
80 South Eighth Street
Minneapolis, MN  55402
Telephone (612) 256-3200
Fax (612) 388-4878
srey@nka.com
schug@nka.com

**TESKE, KATZ, KITZER & ROCHEL, PLLP**
Vildan Teske, MN Bar No. 241404
Marisa Katz, MN Bar No. 389709
222 South Ninth Street, Suite 3210
Minneapolis, MN 55402
Phone: (612) 746-1558
Fax: (651) 846-5339
teske@tkkrlaw.com
katz@tkkrlaw.com

**ATTORNEYS FOR PLAINTIFFS AND THE PROPOSED RULE 23 CLASSES**

s/Shon Morgan
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Shon Morgan
Viola Trebicka
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Fax: (213) 443-3100
shonmorgan@quinnemanuel.com
violatrebicka@quinnemanuel.com

**JACKSON LEWIS, P.C.**
Gina K. Janeiro (#0345337)
Brian T. Benkstein (#0345337)
225 South Sixth Street
Suite 3850
Minneapolis, MN 55402
Tel: 612-341-8131
JaneiroG@jacksonlewis.com
Brian.Benkstein@jacksonlewis.com

**ATTORNEYS FOR DEFENDANT
IQOR HOLDINGS US INC.**